UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-cv-20503 MARTINEZ/BROWN

EMILIO PINERO,

    Plaintiff,

vs.

L&A ALTON CORPORATION, a Florida corporation,

    Defendant.

_____/

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

    Plaintiff, EMILIO PINERO (hereinafter "Plaintiff"), by and through his undersigned counsel, and Defendant, L&A ALTON CORPORATION (hereinafter "Defendant"), by and through their undersigned counsel, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice.

    A resolution of all matters in dispute has been made pursuant to a certain Settlement Agreement between the parties. All parties shall bear their own attorneys fees, costs and expenses, other than those specified in said Settlement Agreement.

CASE NO: 11-cv-20503 MARTINEZ/BROWN

Respectfully submitted,

Dated this 23rd day of May, 2011

**LAUREN WASSENBERG, P.A.**
429 Lenox Avenue
Miami Beach, Florida 33139
Telephone: (305) 537-3723
Facsimile: (305) 537-3724


By:    /s/ Lauren N. Wassenberg_____
LAUREN N. WASSENBERG, ESQ.
Florida Bar No. 34083

Dated this 23rd day of May, 2011

**GREENBERG TRAURIG, P.A.**
*Attorneys for Defendants*
333 Avenue of the Americas
(333 SE 2nd Avenue)
Miami, Florida 33133
Telephone: (305) 579-0500
Facsimile: (305) 579-0717


By:   /s/  Robert S. Fine_____
MARLENE K. SILVERMAN
silvermanm@gtlaw.com
Florida Bar No. 226947
ROBERT S. FINE
finer@gtlaw.com
Florida Bar No. 155586
EDWARD O. MARTOS
martose@gtlaw.com
Florida Bar No. 056311

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 23rd day of May, 2011, I electronically filed the foregoing document with the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.


            /s/   Robert Fine
            ROBERT FINE