UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-20503-CIV-MARTINEZ-MCALILEY

EMILIO PINERO,

    Plaintiff,

vs.

L & A ALTON CORP.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice (D.E. No. 18). It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear their own attorneys' fees and costs, except as provided for in the parties' Settlement Agreement. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of May, 2011.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record